IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL GUADIAN,<br>　　Plaintiff,<br><br>v.<br><br>UNIQ CREDIT SOLUTIONS LLC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | EP-23-CV-00332-DB |

## FINAL JUDGMENT

On July 10, 2024, the Court entered an order dismissing the remaining claims on the above-captioned cause. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly it is **HEREBY ORDERED** that the above cause is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this 10th day of **July 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE